**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed November 14, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00879-CR

### IN RE RUBEN AROLDO CORADO, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1642719**

## MEMORANDUM OPINION

On November 4, 2019, relator Ruben Aroldo Corado filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to dismiss the indictment against him.

A court of appeals does not have original jurisdiction over habeas corpus proceedings in criminal matters. *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—

Houston [1st Dist.] 2004, no pet.) (citing Tex. Gov't Code Ann. § 22.221); *see also Ex parte Hearon*, 3 S.W.3d 650, 650 (Tex. App.—Waco 1999, orig. proceeding) (holding that court of appeals did not have jurisdiction to grant habeas relief in pending criminal matter).  The Texas Code of Criminal Procedure vests power over original habeas corpus proceedings in criminal cases in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge of those courts.  Tex. Code Crim. Proc. Ann. art. 11.05.  Therefore, we have no jurisdiction to consider relator's request for relief.

Accordingly, we order relator's petition dismissed for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).